# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**THOMAS THORNE,**

    **Plaintiff,**

vs.                                            **CASE NO. 4:09cv100-RH/AK**

**FREDERICK DUNPHY, et al,**

    **Defendants.**

_____/

## O R D E R

Plaintiff, an inmate proceeding *pro se*, has filed a complaint. (Doc. 1). The pleading has been reviewed as is required by 28 U.S.C. § 1915A and is deemed sufficient to alert Defendants to the nature and basis of Plaintiff's claims. It cannot be said upon this review of the complaint that Plaintiff has failed to state a claim upon which relief may be granted. Thus, service of the complaint should be directed.

At this point, Plaintiff must submit service copies of the complaint. Under Fed. R. Civ. P. 4(c)(1), a copy of the complaint for each named Defendant is necessary to effect service and must be submitted by Plaintiff. As Plaintiff has named three (3) Defendants in this action, Plaintiff must provide the Court with three additional copies of the complaint that are identical to the complaint, doc. 1, filed with the Court.

Accordingly, it is

**ORDERED**:

1.  Plaintiff shall have until May 1, 2009, to provide the Court with three (3) identical copies of his complaint for service on the Defendants.

2.  **Failure to submit the service copies as directed will result in a recommendation of the dismissal of this action.**

**DONE AND ORDERED** this __16th__ day of April, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**