**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**THOMAS EUGENE THORNE,**

    **Plaintiff,**

**vs.**                                                       **CASE NO. 4:09CV100-RH/AK**

**FREDERICK B. DUNPHY, et al,**

    **Defendants.**

    _____/

**O R D E R**

Presently before the court is Plaintiff's Motion to Strike Defendants' motion to dismiss. (Doc. 27). Plaintiff's motion is hereby construed as a response to the pending motion to dismiss and requires no response by Defendants.

**DONE AND ORDERED** this   **1st** day of July, 2009.

                                                  *s/ A. KORNBLUM*
                                                  **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**