## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**THOMAS EUGENE THORNE,**

     **Plaintiff,**

**vs.**                                      **CASE NO. 4:09CV100-RH/AK**

**FREDERICK B. DUNPHY, et al,**

     **Defendants.**

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion for Leave to Pursue Discovery. (Doc. 30). Plaintiff has not identified what specific discovery he wishes to serve upon the Defendants, who have filed a motion to dismiss his complaint for failure to state a claim. It does not appear from a review of the pending motion that any discovery would be necessary, and Plaintiff has not provided information otherwise in this motion. The motion is, therefore, **DENIED**.

**DONE AND ORDERED** this __30th__ day of November, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**